# EXHIBIT C

# Combined Crafts Statewide Audit Program

1. Date of Audit: 2/5/24     Reason: Requested
2. Contractor Name: Holming Fan & Fabrication, LLC     Structure: LLC
3. Address: 6900 N. Teutonia Ave.     City\State: Milwaukee, WI 53209
4. Invoice s/b sent to:
5. Phone No: (414)915-4877     6. Crafts: Sheet Metal#18(#087073-Milwaukee)

7. Owner(s):   Pres: _____     Secretary: _____
    V Pres: _____     Treasurer: _____
LLC / SoleProprietor: Single Member:William Sellars
    Contact: Patrick Schoepel

8. Employees not on Remittance Reports : See Attached Addendum: ___X___
9.     No Deficiencies in contributions reported _____
    Deficiencies in contributions reported ___X___
    Debit/credit Memos outstanding provided by fund office: ___X___

10. Comments:
The audit was conducted using weekly payroll records, remittance reports, 941's, UC101's, W-2's and W-3. Company has 4-6 Sheet Metal#18 and 5-10 employees. Records are in good order.

SM#18(National)-Shortage & Overage., SM#18(Local)-Delinquent, Shortage, Overage, Memos.

11. Misclassification of Employees:
    Indicate here if Auditor furnished with 1099 & 1096 Forms: _____
    Indicate here if Employer stated no 1099 Forms filed this Period: ___X___
12. Signatory to an NBU Agreement?    Yes/No? No    Craft: _____
    NBU Compliance?    Yes/No? _____
    NBU employee funded under bargaining unit agreement:    Yes/No? No
13. Signatory to an Alumni Agreement?    Yes/No? No    Craft: _____
    Alumni compliance?    Yes/No? _____
14. Currently Delinquent?    Yes/No? Yes    Period: 8/23-12/23(Local funds only)
15. Audit Period: 12/1/22 To 12/31/23
16. Federal ID #: 82-3399944    17. Auditor: Randy Rosenmerkel
18. Fund office memos provided?    Yes/No? Yes    19. Emplr. Withdrawal No
    20. AT: 5.50 Hours

## ATTACHED ADDENDUM

**Company Name:** Holming Fan & Fabrication, LLC
**Date of Audit:** 2/5/24
**Audit Period:** 12/1/22 To 12/31/23

**Unfunded Employees:**

| | |
|---|---|
| Gary Greisch | Sales/Consultant |
| Don Cento | Office |
| Patrick Schoepel | VP of Sales & Operations |
| Bridig Gallagher | Office |

## SHEET METAL WORKERS#18
## AUDIT BILLING SUMMARY SHEET

Employer: Holming Fan & Fabrication, LLC
Area: Milwaukee
Audit Date: 2/5/24
Audit Period: 12/1/22 To 12/31/23

| Fund | Contr. Amt. | L/D's | Interest | Total |
|------|-------------|-------|----------|-------|
| Welfare | 33,851.46 | 18,456.61 | 6,175.44 | 58,483.51 |
| Local Pension | 0.00 | 0.00 | 0.00 | 0.00 |
| Local Training | 0.00 | 0.00 | 0.00 | 0.00 |
| Local Industry | 0.00 | 0.00 | 0.00 | 0.00 |
| Big Step | 0.00 | 0.00 | 0.00 | 0.00 |
| Apprenticeship | 4,235.57 | 2,500.27 | 850.57 | 7,586.41 |
| | 0.00 | 0.00 | 0.00 | 0.00 |
| SMC | 872.78 | 172.93 | 37.08 | 1,082.79 |
| SC(Drug) | 63.96 | 12.69 | 2.70 | 79.35 |
| Vacation | 0.00 | | | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | 1,671.14 | 1,527.61 | 538.08 | 3,736.83 |
| Totals: | 40694.91 | 22670.11 | 7603.87 | 70968.89 |

SMSS17

## SHEET METAL WORKERS LIQUIDATED DAMAGES - REFERRAL

| Funds | LD Amounts |
|-------|------------|
| Welfare | 0.00 |
| Local Pension | 0.00 |
| Local Training | 0.00 |
| Local Industry | 0.00 |
| Big Step | 0.00 |
| Apprenticeship | 0.00 |
| | 0.00 |
| SMC | 0.00 |
| SC(Drug) | 0.00 |
| Vacation | 0.00 |
| | 0.00 |
| 401-k | 0.00 |

0

## SHEET METAL WORKERS#18
## UNIFORM FRINGE BENEFIT REMITTANCE REPORT

Employer: Holming Fan & Fabrication, LLC
Address: 6900 N. Teutonia Ave.
Milwaukee, WI 53209

Work Mo: Dec. '23
Local # 18
Area: Milwaukee
Pre App/Fab

L/D: 1
# of Days Int: 16
Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k | | |
|---|---|---|---|---|---|---|
| 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 | Brown, Gavin | Delinquent | 62.50 | 0.00 | | |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Welfare | 6.05 | 62.50 | 378.13 | 75.63 | 2.96 | 456.72 |
| Local Pension | 0.00 | 62.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| Local Training | 0.00 | 62.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| Local Industry | 0.00 | 62.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| Big Step | 0.00 | 62.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| Apprenticeship | 0.00 | 62.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 62.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| SMC | 0.00 | 62.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| SC(Drug) | 0.02 | 62.50 | 1.25 | 0.25 | 0.01 | 1.51 |
| Vacation | 0.00 | 62.50 | 0.00 | | | 0.00 |
| | 0.00 | 62.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Totals: | 379.38 | 75.88 | 2.97 | 458.23 |

# SHEET METAL WORKERS#18
## UNIFORM FRINGE BENEFIT REMITTANCE REPORT

Employer: Holming Fan & Fabrication, LLC
Address: 6900 N. Teutonia Ave.
Milwaukee, WI 53209

Work Mo: Nov. '23
Local # 18    L/D: 1
Area: Milwaukee    # of Days Int: 47
Pre App/Fab    Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k | | |
|---|---|---|---|---|---|---|
| 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 | Brown, Gavin | Delinquent | 141.00 | 0.00 | | |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Welfare | 6.05 | 141.00 | 853.05 | 170.61 | 19.65 | 1043.31 |
| Local Pension | 0.00 | 141.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Local Training | 0.00 | 141.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Local Industry | 0.00 | 141.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Big Step | 0.00 | 141.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Apprenticeship | 0.00 | 141.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 141.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SMC | 0.00 | 141.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SC(Drug) | 0.02 | 141.00 | 2.82 | 0.56 | 0.06 | 3.44 |
| Vacation | 0.00 | 141.00 | 0.00 | | | 0.00 |
| | 0.00 | 141.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Totals: | 855.87 | 171.17 | 19.71 | 1046.75 |

## SHEET METAL WORKERS#18
## UNIFORM FRINGE BENEFIT REMITTANCE REPORT

Employer: Holming Fan & Fabrication, LLC
Address: 6900 N. Teutonia Ave.
Milwaukee, WI 53209

Work Mo: Oct. '23
Local #: 18
Area: Milwaukee
Pre App/Fab

L/D: 1
# of Days Int: 77
Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k | | |
|---|---|---|---|---|---|---|
| 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 | Brown, Gavin | Delinquent | 150.00 | 0.00 | | |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Welfare | 6.05 | 150.00 | 907.50 | 181.50 | 34.24 | 1123.24 |
| Local Pension | 0.00 | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Local Training | 0.00 | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Local Industry | 0.00 | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Big Step | 0.00 | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Apprenticeship | 0.00 | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SMC | 0.00 | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SC(Drug) | 0.02 | 150.00 | 3.00 | 0.60 | 0.11 | 3.71 |
| Vacation | 0.00 | 150.00 | 0.00 | | | 0.00 |
| | 0.00 | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Totals: | 910.50 | 182.10 | 34.35 | 1126.95 |

## SHEET METAL WORKERS#18
## UNIFORM FRINGE BENEFIT REMITTANCE REPORT

Employer: Holming Fan & Fabrication, LLC    Work Mo:   Sept. '23
Address: 6900 N. Teutonia Ave.    Local #   18    L/D: 1
Milwaukee, WI 53209    Area:   Milwaukee    # of Days Int: 108
Pre App/Fab    Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k | | |
|---|---|---|---|---|---|---|
| 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 | Brown, Gavin | Delinquent | 132.00 | 0.00 | | |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Welfare | 6.05 | 132.00 | 798.60 | 159.72 | 42.26 | 1000.58 |
| Local Pension | 0.00 | 132.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Local Training | 0.00 | 132.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Local Industry | 0.00 | 132.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Big Step | 0.00 | 132.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Apprenticeship | 0.00 | 132.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 132.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SMC | 0.00 | 132.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SC(Drug) | 0.02 | 132.00 | 2.64 | 0.53 | 0.14 | 3.31 |
| Vacation | 0.00 | 132.00 | 0.00 | | | 0.00 |
| | 0.00 | 132.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Totals: | 801.24 | 160.25 | 42.40 | 1003.89 |

## SHEET METAL WORKERS#18
## UNIFORM FRINGE BENEFIT REMITTANCE REPORT

Employer: Holming Fan & Fabrication, LLC
Address: 6900 N. Teutonia Ave.
Milwaukee, WI 53209

Work Mo: August '23
Local # 18
Area: Milwaukee
Pre App/Fab

L/D: 1
# of Days Int: 138
Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k | | |
|---|---|---|---|---|---|---|
| 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 | Brown, Gavin | Delinquent | 145.50 | 0.00 | | |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Welfare | 6.05 | 145.50 | 880.28 | 176.06 | 59.52 | 1115.86 |
| Local Pension | 0.00 | 145.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| Local Training | 0.00 | 145.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| Local Industry | 0.00 | 145.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| Big Step | 0.00 | 145.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| Apprenticeship | 0.00 | 145.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 145.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| SMC | 0.00 | 145.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| SC(Drug) | 0.02 | 145.50 | 2.91 | 0.58 | 0.20 | 3.69 |
| Vacation | 0.00 | 145.50 | 0.00 | | | 0.00 |
| | 0.00 | 145.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Totals: | 883.19 | 176.64 | 59.72 | 1119.55 |

# SHEET METAL WORKERS#18
## UNIFORM FRINGE BENEFIT REMITTANCE REPORT

Employer: Holming Fan & Fabrication, LLC
Address: 6900 N. Teutonia Ave.
Milwaukee, WI 53209

Work Mo: August '23
Local # 18
Area: Milw.-Appr-3-5

L/D: 1
# of Days Int: 138
Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k | | |
|---|---|---|---|---|---|---|
| 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 | Evans, Daniel | Delinquent | 72.00 | 0.00 | | |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Welfare | 11.70 | 72.00 | 842.40 | 168.48 | 56.96 | 1067.84 |
| Local Pension | 0.00 | 72.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Local Training | 0.00 | 72.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Local Industry | 0.00 | 72.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Big Step | 0.00 | 72.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Apprenticeship | 1.65 | 72.00 | 118.80 | 23.76 | 8.03 | 150.59 |
| | 0.00 | 72.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SMC | 0.34 | 72.00 | 24.48 | 4.90 | 1.66 | 31.04 |
| SC(Drug) | 0.02 | 72.00 | 1.44 | 0.29 | 0.10 | 1.83 |
| Vacation | 0.00 | 72.00 | 0.00 | | | 0.00 |
| | 0.00 | 72.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Totals: | 987.12 | 197.43 | 66.75 | 1251.30 |

# SHEET METAL WORKERS#18
## UNIFORM FRINGE BENEFIT REMITTANCE REPORT

Employer: Holming Fan & Fabrication, LLC
Address: 6900 N. Teutonia Ave.
Milwaukee, WI 53209

Work Mo: July '23
Local # 18
Area: Milw.-Appr-3-5
L/D: 0
# of Days Int: 169
Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k | |
|---|---|---|---|---|---|
| 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 | Evans, Daniel | Shortage | 24.00 | 0.00 | |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Welfare | 11.70 | 24.00 | 280.80 | 0.00 | 23.25 | 304.05 |
| Local Pension | 0.00 | 24.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Local Training | 0.00 | 24.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Local Industry | 0.00 | 24.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Big Step | 0.00 | 24.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Apprenticeship | 1.65 | 24.00 | 39.60 | 0.00 | 3.28 | 42.88 |
| | 0.00 | 24.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SMC | 0.34 | 24.00 | 8.16 | 0.00 | 0.68 | 8.84 |
| SC(Drug) | 0.02 | 24.00 | 0.48 | 0.00 | 0.04 | 0.52 |
| Vacation | 0.00 | 24.00 | 0.00 | | | 0.00 |
| | 0.00 | 24.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Totals: | 329.04 | 0.00 | 27.25 | 356.29 |

## SHEET METAL WORKERS#18
## UNIFORM FRINGE BENEFIT REMITTANCE REPORT

Employer: Holming Fan & Fabrication, LLC
Address: 6900 N. Teutonia Ave.
Milwaukee, WI 53209

Work Mo: Dec. '23
Local # 18    L/D: 1
Area: Milw.-Jrnymn   # of Days Int: 16
Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k | | |
|---|---|---|---|---|---|---|
| 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 | Anderson, Jacob | Delinquent | 54.50 | 27.25 | | |
| 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 | Best, Mark | Delinquent | 65.50 | 0.00 | | |
| 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 | Kostritza, Kenneth | Delinquent | 70.50 | 52.88 | | |
| 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 | Krabbenhoft, Matthew | Delinquent | 70.50 | 105.75 | | |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Welfare | 11.70 | 261.00 | 3053.70 | 610.74 | 23.94 | 3688.38 |
| Local Pension | 0.00 | 261.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Local Training | 0.00 | 261.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Local Industry | 0.00 | 261.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Big Step | 0.00 | 261.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Apprenticeship | 1.65 | 261.00 | 430.65 | 86.13 | 3.38 | 520.16 |
| | 0.00 | 261.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SMC | 0.34 | 261.00 | 88.74 | 17.75 | 0.70 | 107.19 |
| SC(Drug) | 0.02 | 261.00 | 5.22 | 1.04 | 0.04 | 6.30 |
| Vacation | 0.00 | 261.00 | 0.00 | | | 0.00 |
| | 0.00 | 261.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 185.88 | 37.18 | 1.46 | 224.52 |
| | | Totals: | 3764.19 | 752.84 | 29.52 | 4546.55 |

# SHEET METAL WORKERS#18
## UNIFORM FRINGE BENEFIT REMITTANCE REPORT

Employer: Holming Fan & Fabrication, LLC
Address: 6900 N. Teutonia Ave.
Milwaukee, WI 53209

Work Mo: Nov. '23
Local # 18
Area: Milw.-Jrnymn

L/D: 1
# of Days Int: 47
Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k |
|---|---|---|---|---|
| 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 | Anderson, Jacob | Delinquent | 178.00 | 89.00 |
| 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 | Best, Mark | Delinquent | 189.00 | 0.00 |
| 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 | Kostritza, Kenneth | Delinquent | 98.50 | 73.88 |
| 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 | Krabbenhoft, Matthew | Delinquent | 166.00 | 249.00 |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Welfare | 11.70 | 631.50 | 7388.55 | 1477.71 | 170.16 | 9036.42 |
| Local Pension | 0.00 | 631.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| Local Training | 0.00 | 631.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| Local Industry | 0.00 | 631.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| Big Step | 0.00 | 631.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| Apprenticeship | 1.65 | 631.50 | 1041.98 | 208.40 | 24.00 | 1274.38 |
|  | 0.00 | 631.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| SMC | 0.34 | 631.50 | 214.71 | 42.94 | 4.94 | 262.59 |
| SC(Drug) | 0.02 | 631.50 | 12.63 | 2.53 | 0.29 | 15.45 |
| Vacation | 0.00 | 631.50 | 0.00 |  |  | 0.00 |
|  | 0.00 | 631.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k |  |  | 411.88 | 82.38 | 9.49 | 503.75 |
|  |  | Totals: | 9069.75 | 1813.96 | 208.88 | 11092.59 |

## SHEET METAL WORKERS #18
## UNIFORM FRINGE BENEFIT REMITTANCE REPORT

Employer: Holming Fan & Fabrication, LLC
Address: 6900 N. Teutonia Ave.
Milwaukee, WI 53209

Work Mo: Oct. '23
Local #: 18
Area: Milw.-Jrnymn
L/D: 1
# of Days Int: 77
Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k | |
|---|---|---|---|---|---|
| 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 | Anderson, Jacob | Delinquent | 138.00 | 69.00 | |
| 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 | Best, Mark | Delinquent | 162.50 | 0.00 | |
| 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 | Kostritza, Kenneth | | 0.00 | 0.00 | |
| 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 | Krabbenhoft, Matthew | Delinquent | 159.00 | 238.50 | |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Welfare | 11.70 | 459.50 | 5376.15 | 1075.23 | 202.84 | 6654.22 |
| Local Pension | 0.00 | 459.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| Local Training | 0.00 | 459.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| Local Industry | 0.00 | 459.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| Big Step | 0.00 | 459.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| Apprenticeship | 1.65 | 459.50 | 758.18 | 151.64 | 28.61 | 938.43 |
| | 0.00 | 459.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| SMC | 0.34 | 459.50 | 156.23 | 31.25 | 5.89 | 193.37 |
| SC(Drug) | 0.02 | 459.50 | 9.19 | 1.84 | 0.35 | 11.38 |
| Vacation | 0.00 | 459.50 | 0.00 | | | 0.00 |
| | 0.00 | 459.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 307.50 | 61.50 | 11.60 | 380.60 |
| | | Totals: | 6607.25 | 1321.46 | 249.29 | 8178.00 |

## SHEET METAL WORKERS#18
## UNIFORM FRINGE BENEFIT REMITTANCE REPORT

Employer: Holming Fan & Fabrication, LLC
Address: 6900 N. Teutonia Ave.
Milwaukee, WI 53209

Work Mo: Sept. '23
Local #: 18
Area: Milw.-Jrnymn

L/D: 1
# of Days Int: 108
Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k |
|---|---|---|---|---|
| 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 | Anderson, Jacob | Delinquent | 138.00 | 69.00 |
| 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 | Best, Mark | Delinquent | 120.50 | 0.00 |
| 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 | Kostritza, Kenneth | Delinquent | 110.00 | 82.50 |
| 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 | Krabbenhoft, Matthew | Delinquent | 135.00 | 202.50 |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Welfare | 11.70 | 503.50 | 5890.95 | 1178.19 | 311.75 | 7380.89 |
| Local Pension | 0.00 | 503.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| Local Training | 0.00 | 503.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| Local Industry | 0.00 | 503.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| Big Step | 0.00 | 503.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| Apprenticeship | 1.65 | 503.50 | 830.78 | 166.16 | 43.96 | 1040.90 |
| | 0.00 | 503.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| SMC | 0.34 | 503.50 | 171.19 | 34.24 | 9.06 | 214.49 |
| SC(Drug) | 0.02 | 503.50 | 10.07 | 2.01 | 0.53 | 12.61 |
| Vacation | 0.00 | 503.50 | 0.00 | | | 0.00 |
| | 0.00 | 503.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 354.00 | 70.80 | 18.73 | 443.53 |
| | | Totals: | 7256.99 | 1451.40 | 384.03 | 9092.42 |

# SHEET METAL WORKERS #18
## UNIFORM FRINGE BENEFIT REMITTANCE REPORT

Employer: Holming Fan & Fabrication, LLC
Address: 6900 N. Teutonia Ave.
Milwaukee, WI 53209

Work Mo: August '23
Local # 18
Area: Milw.-Jrnymn

L/D: 1
# of Days Int: 138
Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k |
|---|---|---|---|---|
| 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 | Anderson, Jacob | Delinquent | 143.50 | 71.75 |
| 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 | Best, Mark | Delinquent | 171.00 | 0.00 |
| 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 | Kostritza, Kenneth | Delinquent | 148.50 | 111.38 |
| 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 | Krabbenhoft, Matthew | Delinquent | 152.50 | 228.75 |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Welfare | 11.70 | 615.50 | 7201.35 | 1440.27 | 486.96 | 9128.58 |
| Local Pension | 0.00 | 615.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| Local Training | 0.00 | 615.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| Local Industry | 0.00 | 615.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| Big Step | 0.00 | 615.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| Apprenticeship | 1.65 | 615.50 | 1015.58 | 203.12 | 68.67 | 1287.37 |
| | 0.00 | 615.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| SMC | 0.34 | 615.50 | 209.27 | 41.85 | 14.15 | 265.27 |
| SC(Drug) | 0.02 | 615.50 | 12.31 | 2.46 | 0.83 | 15.60 |
| Vacation | 0.00 | 615.50 | 0.00 | | | 0.00 |
| | 0.00 | 615.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 411.88 | 82.38 | 27.85 | 522.11 |
| | | Totals: | 8850.39 | 1770.08 | 598.46 | 11218.93 |

# SHEET METAL WORKERS#18
## UNIFORM FRINGE BENEFIT REMITTANCE REPORT

Employer: Holming Fan & Fabrication, LLC
Address: 6900 N. Teutonia Ave.
Milwaukee, WI 53209

Work Mo: See Below
Local #: 18
Area: Milwaukee

L/D: 0
# of Days Int: 0
Auditor: RR

| Month | Health-Int. | Health-LD's | Appr.-Int. | Appr.-LD's | 401k-Int. | 401k-LD's |
|---|---|---|---|---|---|---|
| 5/23-MZ7128 | 296.75 | 989.18 | 42.74 | 142.48 | 41.25 | 137.51 |
| 6/23-NG8095 | 59.23 | 131.63 | 8.05 | 17.89 | 0.00 | 0.00 |
| 6/23-NG9768 | 293.79 | 652.86 | 39.93 | 88.72 | 18.11 | 40.24 |
| 7/23-ND8696 | 14.16 | 31.46 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7/23-NG8096 | 78.45 | 174.33 | 10.66 | 23.69 | 0.00 | 0.00 |
| 7/23-NG9769 | 282.34 | 627.41 | 38.37 | 85.26 | 15.61 | 34.68 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total | 1024.72 | 2606.87 | 139.75 | 358.04 | 74.97 | 212.43 |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Welfare | 0.00 | 0.00 | 0.00 | 2606.87 | 1024.72 | 3631.59 |
| Local Pension | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Local Training | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Local Industry | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Big Step | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Apprenticeship | 0.00 | 0.00 | 0.00 | 358.04 | 139.75 | 497.79 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SMC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SC(Drug) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.00 | 0.00 | | | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 212.43 | 74.97 | 287.40 |
| | | Totals: | 0.00 | 3177.34 | 1239.44 | 4416.78 |

# SHEET METAL WORKERS#18
## UNIFORM FRINGE BENEFIT REMITTANCE REPORT

Employer: Holming Fan & Fabrication, LLC     Work Mo:   See Below
Address: 6900 N. Teutonia Ave.               Local #    18            L/D: 0
         Milwaukee, WI 53209                 Area:      Milwaukee   # of Days Int: 0
                                                                    Auditor: RR

| Month | Health-Int. | Health-LD's | Appr.-Int. | Appr.-LD's | 401k-Int. | 401k-LD's |
|---|---|---|---|---|---|---|
| 9/22-MF6819 | 49.38 | 164.59 | 1.22 | 4.08 | 18.12 | 60.40 |
| 9/22-MN4101 | 37.28 | 124.26 | 5.37 | 17.90 | 0.00 | 0.00 |
| 9/22-MH4454 | 25.05 | 83.49 | 6.66 | 22.22 | 2.12 | 7.08 |
| 9/22-MH5719 | 285.72 | 952.39 | 41.15 | 137.18 | 59.63 | 198.76 |
| 10/22-MK2536 | 66.71 | 148.24 | 1.65 | 3.67 | 24.48 | 54.40 |
| 10/22-MK8106 | 69.65 | 154.78 | 10.03 | 22.29 | 0.00 | 0.00 |
| 10/22-MK8219 | 33.19 | 73.75 | 8.83 | 19.63 | 2.81 | 6.25 |
| 10/22-MK8608 | 404.91 | 899.80 | 58.32 | 129.60 | 83.95 | 186.55 |
| 11/22-MN0039 | 61.31 | 136.25 | 8.83 | 19.63 | 0.00 | 0.00 |
| 11/22-MN0157 | 19.38 | 43.07 | 5.16 | 11.46 | 1.64 | 3.65 |
| 11/22-MN0592 | 364.93 | 810.96 | 52.56 | 116.81 | 58.18 | 129.29 |
| 12/22-MS9451 | 84.61 | 94.01 | 12.19 | 13.54 | 0.00 | 0.00 |
| 12/22-MT1066 | 337.46 | 374.96 | 48.61 | 54.01 | 33.84 | 37.60 |
| 1/23-MS9452 | 24.28 | 53.96 | 3.50 | 7.77 | 0.00 | 0.00 |
| 1/23-MT1067 | 345.56 | 767.91 | 49.77 | 110.61 | 23.95 | 53.23 |
| 2/23-MS9453 | 58.86 | 130.80 | 8.48 | 18.84 | 0.00 | 0.00 |
| 2/23-MT1068 | 270.10 | 900.34 | 38.90 | 129.68 | 18.40 | 61.33 |
| 3/23-MZ5460 | 111.34 | 247.43 | 16.04 | 35.64 | 0.00 | 0.00 |
| 3/23-MZ7126 | 522.38 | 1160.85 | 75.24 | 167.21 | 36.42 | 80.94 |
| 4/23-MZ5461 | 75.29 | 250.97 | 10.85 | 36.15 | 0.00 | 0.00 |
| 4/23-MZ7127 | 425.51 | 1418.36 | 61.29 | 204.30 | 30.44 | 101.46 |
| 5/23-MZ5462 | 43.33 | 144.43 | 6.24 | 20.80 | 0.00 | 0.00 |
| Total | 3716.23 | 9135.60 | 530.89 | 1303.02 | 393.98 | 980.94 |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Welfare | 0.00 | 0.00 | 0.00 | 9135.60 | 3716.23 | 12851.83 |
| Local Pension | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Local Training | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Local Industry | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Big Step | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Apprenticeship | 0.00 | 0.00 | 0.00 | 1303.02 | 530.89 | 1833.91 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SMC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SC(Drug) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.00 | 0.00 | | | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 980.94 | 393.98 | 1374.92 |
| | | Totals: | 0.00 | 11419.56 | 4641.10 | 16060.66 |

June 11, 2024



**Combined Crafts**
statewide audit program

HOLMING FAN & FABRICATION, LLC
6900 North Teutonia Avenue
Milwaukee, WI 53209-0000
Mr. Fritz Theilacker, LLC Member

*Original Billing Sent to Company*

RE: Field Audit Examination of: Tuesday, June 11, 2024
    Period of Audit: Dec-01-2023 thru May-31-2024
    Craft: Sheet Metal #18

Dear Mr. Theilacker :

Our field auditor examined your firms payroll records recently to determine if contributions were consistently correct for the various funds within the provisions of the governing trust agreement on behalf of the employees performing work within the jurisdiction.

The audit, including a review of the payroll records, answers to questions presented by the auditor and records of contributions paid to the Fund(s) indicates a deficiency between hours worked and hours reported to the Funds.

We are enclosing for your file, copies of the remittance report forms prepared for you by Our audit staff. Kindly remit a check for the indicated total amount below payable to WI Sheet Metal Fringe Fund.

| | Contributions | Interest | Liq Damages | Grand Total |
|---|---|---|---|---|
| Sheet Metal #18 Health | $2,170.35 | $44.79 | $356.85 | $2,571.99 |
| Sheet Metal #18 SMC | $63.07 | $1.31 | $10.37 | $74.75 |
| Sheet Metal #18 Drug | $3.71 | $0.08 | $0.61 | $4.40 |
| Sheet Metal #18 Apprenticeship | $306.08 | $6.32 | $50.33 | $362.73 |
| Grand Total Due: | $2,543.21 | $52.50 | $418.16 | $3,013.87 |

1 1/2% will be assessed on the unpaid balance.



**Combined Crafts**
statewide audit program

Payment in full to the Fund is required within fourteen (14) days from the date of this letter. In the event payment is not received in fourteen (14) days, the file will be referred to the collection attorney. The effect of such will be the imposition of liquidated damages of (20%) of the unpaid contributions. Additional Interest, attorney's fees and costs will also be assessed.

The Trustees urge you to make the payment specified within the allocated time to save you additional expenses. For your convenience, and for control purposes, please use the enclosed self-addressed envelope for your remittance.

Sincerely,

Field Auditor
Combined Crafts Statewide Audit Program

Enclosure

CC. Ms. Janel Stepp, Fund Office

# Combined Crafts Statewide Audit Program

1. Date of Audit: 6/11/24    Reason: Requested
2. Contractor Name: Holming Fan & Fabrication, LLC    Structure: LLC
3. Address: 6900 N. Teutonia Ave.    City\State: Milwaukee, WI 53209
4. Invoice s/b sent to:
5. Phone No: (414)915-4877    6. Crafts: Sheet Metal#18(#087073-Milwaukee)

7. Owner(s):    Pres:    Secretary:
    V Pres:    Treasurer:
LLC / SoleProprietor: Single Member:William Sellars
    Contact: Patrick Schoepel
    Contact Email: pschoepel@holming.com

8. Employees not on Remittance Reports : See Attached Addendum:    None
9.    No Discrepancies in contributions reported:
    Discrepancies in contributions reported:    X
    Debit/credit Memos outstanding provided by fund office:

10. Comments:
 The audit was conducted using weekly payroll records, remittance reports, 941's, UC101's, W-2's and W-3.
After letting all Sheet Metal#18 members go the 2nd week of December-2023, the company had one
contracted job they needed to finish. The company used 2 non Sheet Metal#18 employees to work on the job,
so I'm billing for there hours on this audit. The company has no other jobs and no other employees on payroll.
The company is unsure whether the company will remain in business or close it's doors at this time.

SM#18(National)-Delinquent., SM#18(Local)-Delinquent.

11. Misclassification of Employees:
    Indicate here if Auditor furnished with 1099 & 1096 Forms:
    Indicate here if Employer stated no 1099 Forms filed this Period:    X
12. Signatory to an NBU Agreement?    Yes/No?    No    Craft:
    NBU Compliance?    Yes/No?
    NBU employee funded under bargaining unit agreement:    Yes/No?    No
13. Signatory to an Alumni Agreement?    Yes/No?    No    Craft:
    Alumni compliance?    Yes/No?
14. Currently Delinquent?    Yes/No?    Yes    Period: 1/24-5/24
15. Audit Period:    1/1/24 To 5/31/24
16. Federal ID #:    82-3399944    17. Auditor: Randy Rosenmerkel
18. Fund office memos provided?    Yes/No?    Yes    19. Emplr. Withdrawal No

## SHEET METAL WORKERS#18
## AUDIT BILLING  SUMMARY SHEET

Employer: Holming Fan & Fabrication, LLC
Area: Milwaukee
Audit Date: 6/11/24
Audit Period: 1/1/24 To 5/31/24

| Fund | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|
| Welfare | 2,170.35 | 356.85 | 44.79 | 2,571.99 |
| Local Pension | 0.00 | 0.00 | 0.00 | 0.00 |
| Local Training | 0.00 | 0.00 | 0.00 | 0.00 |
| Local Industry | 0.00 | 0.00 | 0.00 | 0.00 |
| Big Step | 0.00 | 0.00 | 0.00 | 0.00 |
| Apprenticeship | 306.08 | 50.33 | 6.32 | 362.73 |
|  | 0.00 | 0.00 | 0.00 | 0.00 |
| SMC | 63.07 | 10.37 | 1.31 | 74.75 |
| SC(Drug) | 3.71 | 0.61 | 0.08 | 4.40 |
| Vacation | 0.00 |  |  | 0.00 |
|  | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | 0.00 | 0.00 | 0.00 | 0.00 |
| Totals: | 2543.21 | 418.16 | 52.50 | 3013.87 |

SMSS17

## SHEET METAL WORKERS LIQUIDATED DAMAGES - REFERRAL

| Funds | LD Amounts |
|---|---|
| Welfare | 0.00 |
| Local Pension | 0.00 |
| Local Training | 0.00 |
| Local Industry | 0.00 |
| Big Step | 0.00 |
| Apprenticeship | 0.00 |
|  | 0.00 |
| SMC | 0.00 |
| SC(Drug) | 0.00 |
| Vacation | 0.00 |
|  | 0.00 |
| 401-k | 0.00 |

0

# SHEET METAL WORKERS#18
## UNIFORM FRINGE BENEFIT REMITTANCE REPORT

Employer: Holming Fan & Fabrication, LLC   Work Mo: May '24
Address: 6900 N. Teutonia Ave.   Local #   18   L/D: 0
Milwaukee, WI 53209   Area:   Milw.-Jrnymn   # of Days Int: 0
Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k | |
|---|---|---|---|---|---|
| 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 | Johnson, Jeffrey | Due Now | 33.00 | 0.00 | |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Welfare | 11.70 | 33.00 | 386.10 | 0.00 | 0.00 | 386.10 |
| Local Pension | 0.00 | 33.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Local Training | 0.00 | 33.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Local Industry | 0.00 | 33.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Big Step | 0.00 | 33.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Apprenticeship | 1.65 | 33.00 | 54.45 | 0.00 | 0.00 | 54.45 |
| | 0.00 | 33.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SMC | 0.34 | 33.00 | 11.22 | 0.00 | 0.00 | 11.22 |
| SC(Drug) | 0.02 | 33.00 | 0.66 | 0.00 | 0.00 | 0.66 |
| Vacation | 0.00 | 33.00 | 0.00 | | | 0.00 |
| | 0.00 | 33.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Totals: | 452.43 | 0.00 | 0.00 | 452.43 |

## SHEET METAL WORKERS#18
## UNIFORM FRINGE BENEFIT REMITTANCE REPORT

Employer: Holming Fan & Fabrication, LLC  Work Mo:  April '24
Address: 6900 N. Teutonia Ave.  Local #  18  L/D: 1
Milwaukee, WI 53209  Area:  Milw.-Jrnymn  # of Days Int: 22
Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k | | |
|---|---|---|---|---|---|---|
| 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 | Johnson, Jeffrey | Delinquent | 59.50 | 0.00 | | |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Welfare | 11.70 | 59.50 | 696.15 | 139.23 | 7.50 | 842.88 |
| Local Pension | 0.00 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| Local Training | 0.00 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| Local Industry | 0.00 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| Big Step | 0.00 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| Apprenticeship | 1.65 | 59.50 | 98.18 | 19.64 | 1.06 | 118.88 |
| | 0.00 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| SMC | 0.34 | 59.50 | 20.23 | 4.05 | 0.22 | 24.50 |
| SC(Drug) | 0.02 | 59.50 | 1.19 | 0.24 | 0.01 | 1.44 |
| Vacation | 0.00 | 59.50 | 0.00 | | | 0.00 |
| | 0.00 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Totals: | 815.75 | 163.16 | 8.79 | 987.70 |

# SHEET METAL WORKERS#18
## UNIFORM FRINGE BENEFIT REMITTANCE REPORT

Employer: Holming Fan & Fabrication, LLC
Address: 6900 N. Teutonia Ave.
Milwaukee, WI 53209

Work Mo: March '24
Local #: 18    L/D: 1
Area: Milw.-Jrnymn   # of Days Int: 52
Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k | | |
|---|---|---|---|---|---|---|
| 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 | Johnson, Jeffrey | Delinquent | 56.00 | 0.00 | | |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Welfare | 11.70 | 56.00 | 655.20 | 131.04 | 16.69 | 802.93 |
| Local Pension | 0.00 | 56.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Local Training | 0.00 | 56.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Local Industry | 0.00 | 56.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Big Step | 0.00 | 56.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Apprenticeship | 1.65 | 56.00 | 92.40 | 18.48 | 2.35 | 113.23 |
| | 0.00 | 56.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SMC | 0.34 | 56.00 | 19.04 | 3.81 | 0.49 | 23.34 |
| SC(Drug) | 0.02 | 56.00 | 1.12 | 0.22 | 0.03 | 1.37 |
| Vacation | 0.00 | 56.00 | 0.00 | | | 0.00 |
| | 0.00 | 56.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Totals: | 767.76 | 153.55 | 19.56 | 940.87 |

# SHEET METAL WORKERS#18
## UNIFORM FRINGE BENEFIT REMITTANCE REPORT

Employer: Holming Fan & Fabrication, LLC
Address: 6900 N. Teutonia Ave.
Milwaukee, WI 53209

Work Mo: February '24
Local # 18                    L/D: 1
Area:    Milw.-Jrnymn    # of Days Int: 83
                                  Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k | | |
|---|---|---|---|---|---|---|
| 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 | Johnson, Jeffrey | Delinquent | 19.00 | 0.00 | | |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Welfare | 11.70 | 19.00 | 222.30 | 44.46 | 9.04 | 275.80 |
| Local Pension | 0.00 | 19.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Local Training | 0.00 | 19.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Local Industry | 0.00 | 19.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Big Step | 0.00 | 19.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Apprenticeship | 1.65 | 19.00 | 31.35 | 6.27 | 1.28 | 38.90 |
|  | 0.00 | 19.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SMC | 0.34 | 19.00 | 6.46 | 1.29 | 0.26 | 8.01 |
| SC(Drug) | 0.02 | 19.00 | 0.38 | 0.08 | 0.02 | 0.48 |
| Vacation | 0.00 | 19.00 | 0.00 | | | 0.00 |
|  | 0.00 | 19.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Totals: | 260.49 | 52.10 | 10.60 | 323.19 |

# SHEET METAL WORKERS#18
## UNIFORM FRINGE BENEFIT REMITTANCE REPORT

Employer: Holming Fan & Fabrication, LLC  
Address: 6900 N. Teutonia Ave.  
Milwaukee, WI 53209

Work Mo: January '24  
Local # 18  
Area: Milw.-Jrnymn  
L/D: 1  
# of Days Int: 112  
Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k | | |
|---|---|---|---|---|---|---|
| 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 | Shacklady, Andrew | Delinquent | 18.00 | 0.00 | | |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Welfare | 11.70 | 18.00 | 210.60 | 42.12 | 11.56 | 264.28 |
| Local Pension | 0.00 | 18.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Local Training | 0.00 | 18.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Local Industry | 0.00 | 18.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Big Step | 0.00 | 18.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Apprenticeship | 1.65 | 18.00 | 29.70 | 5.94 | 1.63 | 37.27 |
| | 0.00 | 18.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SMC | 0.34 | 18.00 | 6.12 | 1.22 | 0.34 | 7.68 |
| SC(Drug) | 0.02 | 18.00 | 0.36 | 0.07 | 0.02 | 0.45 |
| Vacation | 0.00 | 18.00 | 0.00 | | | 0.00 |
| | 0.00 | 18.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Totals: | 246.78 | 49.35 | 13.55 | 309.68 |